FILED

02/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0525

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Case No. DA 22-0525

IN THE MATTER OF THE ESTATE
OF CARL SCOTT, Deceased, Appellant

vs.

DAVID SCOTT and DAVID SCOTT as
Personal Representative of KENNETH
SCOTT, Deceased, Appellee

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ORDER**

**On Appeal from Montana Sixth Judicial District Court, Sweet Grass County, Before the Honorable Brenda R. Gilbert- Cause No. DP-19-11.**

## ORDER FOR EXTENSION OF TIME

Upon consideration of Appellant's Motion for Extension of Time and good cause appearing therefore, Appellant Estate of Carl Scott is hereby granted an extension of time within which to file its Reply Brief to and including February 22, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 3 2023